IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| LAURA P. DALMA, | ) Case No. 06-CR-113-S-01 |
| Defendant, | ) |
| and | ) |
| JBM SECURITIES, | ) |
| Garnishee Defendant. | ) |

**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this _1st_ day of _April_ 2009.

BY THE COURT:

_____
BARBARA B. CRABB
District Judge